**ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Disney Consumer Products, Inc.** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080507W | $43,270.00 | 10/10/2019 | 1014787801 | 10/1/2019 | $43,270.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080320J | $121,810.00 | 9/26/2019 | 1014787962-MING FOR SW | 7/1/2019 | $246,810.00 |

**Totals:** **2 transfer(s),** **$165,080.00**

Disney Consumer Products, Inc. (2266233)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1